AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| HOWARD COHAN<br>*Plaintiff(s)*<br>v.<br>THE BREAKERS PALM BEACH, INC.<br>a Florida Profit Corporation<br>d/b/a BREAKERS HOTEL<br>*Defendant(s)* | Civil Action No.  9:23-cv-80156-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
THE BREAKERS PALM BEACH, INC.
c/o PRESSLY, P. KRISTEN
LEGAL
40 COCOANUT ROW
PALM BEACH, FL 33480

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Gregory S. Sconzo, Esq.
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 27, 2023

Angela E. Noble
Clerk of Court



SUMMONS

s/ R. Bissainthe

Deputy Clerk
U.S. District Courts